McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
ABRAM M. WATTS
Certified Law Student
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2807



FEB - 2 2006



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-06-039 DAD |
| Plaintiff, ) | AFFIDAVIT IN SUPPORT OF A WARRANT FOR ARREST |
| v. ) | |
| MICHAEL FOWLER, ) | |
| Defendant ) | |

I, Steven Lamp, a United States Postal Inspector, employed by the United States Postal Inspection Service, having been duly sworn do depose and state that:

1. I have been so employed as a Postal Inspector since September 2003. Prior to this appointment, I was a State Peace Officer for eight years. In connection with my official duties as a Postal Inspector, I investigate crimes against the United States Postal Service, its employees and its assets in accordance with Title 18, United States Code, Section 3061.

2. This affidavit is submitted in support of an arrest warrant for Michael Fowler for Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of Title 18, United

1

1  States Code, Section 111(a)(1).  This affidavit does not contain
2  every fact, piece of information or evidence concerning this
3  alleged violation.  The following information is from my own
4  observations and investigation, and from information provided to
5  me by other law enforcement officers.
6  FACTS AND EVIDENCE
7       3.  At or about 10:30 AM on November 3, 2005, I obtained a
8  state arrest warrant from Sacramento County Superior Court for
9  Michael Fowler relating to vandalism and trespassing violations
10 committed by him at the Royal Oaks Post Office in late September,
11 2005.
12      4.  At or about 5:00 PM on November 3, 2005, I witnessed
13 Michael Fowler continuing his pan-handling activities in front of
14 the entrance to the Royal Oaks Post Office.
15      5.  Upon being approached by myself and Inspector Mahoney on
16 November 3, 2005 at or about 5:30 PM, Michael Fowler resisted
17 arrest and assaulted this Inspector and Inspector Mahoney,
18 thereby causing injuries to each officer.
19      6.  Upon contacting Michael Fowler, I was wearing my
20 official Postal Inspection Service raid jacket which clearly
21 states "Police."  I was also wearing a black cap with the words
22 "Police" stitched on the front in yellow lettering.  Inspector
23 Mahoney was wearing an identical raid jacket.
24      7.  Upon approaching Michael Fowler, I informed him that he
25 was under arrest and asked him to place his hands behind his back
26 and kneel on the concrete.  I drew my service weapon and was
27 pointing it at Mr. Fowler while informing Mr. Fowler he was under
28 arrest.

8. As Michael Fowler began to place his hands behind his back, I holstered my service weapon. I then proceeded to grab Michael Fowler's right arm to initiate handcuffing him.

9. Upon making physical contact with Michael Fowler, Fowler started screaming that he did not want to be arrested and wanted to be allowed to leave the property. I informed Fowler that allowing him to leave was not an option.

10. Michael Fowler then attempted to pull away from my grasp and insisted that he was going to leave postal property. Realizing that Fowler did not want to be arrested and wanted to flee, I then wrestled Fowler to the ground, the concrete sidewalk near the front entrance to the Post Office. While attempting to flee, Michael Fowler was pulled out of his winter parka.

11. For approximately ten minutes, I wrestled with Michael Fowler on the concrete sidewalk in an attempt to handcuff him. I had control of each of Fowler's arms and was attempting to prevent his escape. On a continual basis throughout Mr. Fowler's resistance, I instructed Fowler to stop resisting and informed him that resisting arrest is a crime as well as informing him that assaulting an officer is a crime. While I had control of Fowler's arms and was restricting his movements, Inspector Mahoney tried unsuccessfully to handcuff Mr. Fowler.

12. After I finally convinced Fowler to stop fighting with me, he agreed to be handcuffed.

13. As a result of Mr. Fowler's resistive behavior, I suffered bruising to my sternum and right knee, as well as a sprained right thumb. Furthermore, my wristwatch band was broken by Fowler's resistive behavior. Inspector Mahoney received

1  slight cuts to his left hand as a result of Fowler's resistive
2  behavior.
3       14.  Postal Inspectors are government employees of the
4  United States Postal Inspection Service, an agency of the United
5  States Government.
6       15.  Based on the foregoing facts, I believe probable cause
7  exists that Michael Fowler committed a violation of Title 18,
8  United States Code, Section 111(a)(1) by his conduct on November
9  3, 2005.

```
                                    _____
                                    STEVEN LAMP
                                    U.S. Postal Inspector
                                    U.S. Postal Service

Approved by: _____
             MATTHEW C. STEGMAN
             Assistant U.S. Attorney
```

Subscribed and sworn to before me this ‾2‾ day of February, 2006.

```
                                    _____
                                    HON. PETER A. NOWINKSI
                                    United States Magistrate Judge
                                    Eastern District of California
```

4